FILED ___ ENTERED
LODGED ___ RECEIVED

APR 17 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAROL LOVEGREN,

        Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

CASE NO. C06-1089 JLR

ORDER

The Court, having reviewed the entire record, including the administrative record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Monica J. Benton, finds and orders as follows. It is therefore ORDERED:

(1)     The Court adopts the Report and Recommendation;

(2)     The Court REVERSES and REMANDS the decision of the Commissioner of Social Security.

DATED this 17th day of April, 2007.

JAMES L. ROBART
United States District Judge

06-CV-01089-ORD